(December 11, 2014)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McDANIEL, Appellant. [997 NYS2d 424]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered December 13, 2012, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

The verdict was not against the weight of the evidence (see *People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence supports the inference that defendant unlawfully entered a building with intent to commit a crime, and there is nothing in the evidence to suggest a noncriminal purpose for defendant's entry.

We perceive no basis for reducing the sentence. Concur—Gonzalez, P.J., Tom, Friedman, Acosta and Moskowitz, JJ.